IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR418 |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD WASHINGTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motions to reduce sentence (Filing Nos. 54 and 57), and the stipulation of the parties (Filing No. 58). Pursuant to the retroactive amendment to the cocaine base guidelines, the defendant's final offense level is reduced from 31 to 29. His criminal history category remains at III. The government and defense agree that his sentence should be reduced to one hundred twenty (120) months imprisonment, the mandatory minimum, considering the prior computation of specific offense characteristics, adjustments, and departures. Accordingly,

IT IS ORDERED:

1) Said motion to reduce sentence is granted and the stipulation of the parties is approved and adopted; the sentence of the defendant is reduced to one hundred twenty (120) months.

2)  The conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

DATED this 5th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
  LYLE E. STROM, Senior Judge
  United States District Court