IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )        8:02CR418
                                )
      v.                        )
                                )
RONALD WASHINGTON,              )        ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion (Filing No. 83) for dismissal of the petition for warrant or summons for offender under supervision (Filing No. 66). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the petition for warrant or summons for offender under supervision is dismissed without prejudice.

DATED this 9th day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court