IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR418 |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD WASHINGTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on a petition for warrant or summons for offender under supervision (Filing No. 97).  Defendant was present and represented by Richard H. McWilliams.  Plaintiff was represented by Kimberly C. Bunjer.

Defendant admitted Allegation No. 1 as set forth in the petition.  The Court then proceeded to final disposition.

IT IS ORDERED that defendant is sentenced to a term of time served on Allegation No. 1, with no supervised release to follow.

DATED this 2nd day of July, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court